597 P.2d 9

**Ruth Agnes SARWARK, Appellant,**

v.

**Philip THORNEYCROFT, Superintendent of the Arizona Highway Department, and Michael Groom, Director of the Drivers License Service, Real Party in Interest, Appellees.**

**No. 14391–PR.**

Supreme Court of Arizona, In Banc.

June 14, 1979.

John W. Rood and Minne & Sorenson by Roger J. Blake, Phoenix, for appellant.

John A. LaSota, Jr., Phoenix, former Atty. Gen., Robert K. Corbin, Atty. Gen. by Jean L. Weaver, Asst. Atty. Gen., for appellees.

PER CURIAM:

The decision of the Court of Appeals in *Sarwark v. Thorneycroft, et al.*, 123 Ariz. 1, 596 P.2d 1173 (1979), is approved for the reasons therein stated.

The decision in *Fumusa v. State Board of Pharmacy*, 25 Ariz.App. 584, 545 P.2d 432 (1976), is disapproved.